IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00269-REB-MEH

MARK SLATTER,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine insurance company; and CATHOLIC HEALTH INITIATIVES LONG-TERM DISABILITY PLAN, an ERISA welfare benefit plan;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 17, 2007.**

    Plaintiff's now unopposed Motion for Leave to Amend Complaint to Substitute Claims for Relief [Filed July 13, 2007; Docket #26] is **granted**. The Clerk of the Court is directed to file Docket #26-4 as Plaintiff's First Amended Complaint and Jury Demand.