**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00269-REB-MEH

MARK SLATTER,

    Plaintiffs,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine insurance company, and CATHOLIC HEALTH INITIATIVES LONG-TERM DISABILITY PLAN, an ERISA welfare benefit plan,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation To Dismiss Catholic Health Initiatives Long Term Disability Plan** [#47], filed September 13, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant Catholic Health Initiatives Long Term Disability Plan should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss Catholic Health Initiatives Long Term Disability Plan** [#47], filed September 13, 2007, is **APPROVED**;

2. That plaintiff's claims against defendant Catholic Health Initiatives Long Term Disability Plan are **DISMISSED** with the parties to pay their own attorney fees and costs; and

2

3. That defendant, Catholic Health Initiatives Long Term Disability Plan, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated September 13, 2007, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**