IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00269-REB-MEH

MARK SLATTER,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine insurance company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 21, 2007.**

The Stipulated Motion to Amend Scheduling Order [Filed August 30, 2007; Docket #40] is **granted**. The discovery deadlines entered in this case on May 30, 2007, are **vacated**, pending a determination of whether ERISA applies to this case. Defendant shall submit either its first brief regarding the application of ERISA by October 15, 2007, or a status reporting indicating when such brief will be filed.