**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00269-REB-MEH

MARK SLATTER,

      Plaintiffs,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine insurance company,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter comes before the court on the **Joint Stipulation for Dismissal With Prejudice** [#53], filed January 9, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the  **Joint Stipulation for Dismissal With Prejudice** [#53], filed January 9, 2008, is **APPROVED**;

      2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated January 10, 2008, at Denver, Colorado.

                          **BY THE COURT:**

                          **s/ Robert E. Blackburn**

**Robert E. Blackburn**
**United States District Judge**